To the attention of Honorable Judge Sharon Coleman,

Re: Case No: 15 C 6494

I, the undersigned, Michael W. O'Connor, respectfully request permission to appear in Court, Regarding;

FILED
JUN 21 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

- dismissal of my Writ, without my knowledge and without my consent.

Respectfully,
Michael Wolf Patrick O'Connor

Michael W. O'Connor