[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**
2018 JUL 20 PM 3:50
CLERK
DISTRICT COURT

**FILED**
JUL 20 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Valentina O'Connor
(for her son and Ward, Michael W. O'Connor)
Plaintiff

v.

Tom Dart,
Defendant

Case Number: 1:15-CV-06494

Judge: Honorable Sharon Coleman

Magistrate Judge:

Respectfully submitted by,
Valentina O'Connor, 10732 S. Seeley Ave.,
Chicago, IL 60643 / Tel. No.: (773)238-0680

## Notice of Appeal

I, Valentina O'Connor, mother and legal guardian for Michael W. O'Connor, respectfully request that an Appeal be filed in the 1:15-cv-06494 Writ of Habeas Corpus, due to:

① The Writ that was dismissed w-out prejudice did not grant the sought for INJUNCTION for Michael's unconstitutional incarceration* in C.C.D.O.C., to be released & exonerated.

② Both Michael and his mother/legal-guardian contested the Writ's STAY and the Writ's Dismissal, w-out the Court having answered yet. Michael was irremediably damaged in County's custody & needs immediate medical treatment.

③ Conflicts of Interest, violations of attorney/client privileges, possible (as per information and belief), and Malicious Prosecution's unconstitutional actions (as of today, 7/20/2018) RIGGED/FLAWED his case continuously. INSTEAD OF PSYCHIATRIC treatment

④ Michael continues to be charged & prosecuted and his life is in Danger, due to possible collusions of his counsels with the Malicious Prosecution –

(*) Aper Elonis (U.S. Supreme Court) and Kellerford (IL Supreme Court)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]