# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 28, 2018

*Before*

**Diane P. Wood**, *Chief Judge*
**Michael B. Brennan**, *Circuit Judge*
**Michael Y. Scudder**, *Circuit Judge*



CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| MICHAEL W. O'CONNOR, | ] Appeal from the United |
|     Petitioner, | ] States District Court for |
| | ] the Northern District of |
| No. 18-2613     v. | ] Illinois, Eastern Division. |
| | ] |
| THOMAS J. DART, | ] No. 1:15-cv-06494 |
|     Respondent-Appellee. | ] |
| | ] Sharon Johnson Coleman, |
| APPEAL OF: VALENTINA L. O'CONNOR, | ]    Judge. |
| Mother and Legal Guardian for | ] |
| Michael W. O'Connor | ] |

<u>O R D E R</u>

On consideration of the papers filed in this appeal and review of the short record,

**IT IS ORDERED** that this appeal is **DISMISSED** for lack of jurisdiction.

Rule 4(a) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a civil case be filed in the district court within 30 days of the entry of the judgment or order appealed. In this case the order dismissing this habeas case without prejudice was entered on May 19, 2017, and the notice of appeal was filed on July 20, 2018, over one year late. The district court has not granted an extension of the appeal period, *see* Rule 4(a)(5), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b).